IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN J. PHILIPS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NICOLE S. MUN, et al.** | : | **NO. 14-6641** |

# ORDER

AND NOW, this 17th day of December, 2014, upon consideration of Plaintiff's amended motion to proceed *in forma pauperis* and his amended complaint (Document No. 4 and attachments), it is hereby ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The amended complaint is DISMISSED for the reasons provided in the accompanying Memorandum. Plaintiff's federal claims are DISMISSED, with prejudice. Plaintiff's state law claims are DISMISSED, without prejudice, for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.